# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAJID M. MOGHADAM,<br>　　　　　　　Plaintiff,<br>　v.<br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br>　　　　　　　Defendant. | No. 2:15-cv-02009-TSZ<br><br>ORDER |

Plaintiff's unopposed motion for attorney fees and costs, docket no. 29, is GRANTED, and IT IS HEREBY ORDERED that Plaintiff is awarded $5,837.48 in attorney fees and $11.82 in expenses pursuant to the Equal Access to Justice Act, 28. U.S.C. § 2412. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff,* 560 U.S. 586 (2010), payment of this award shall be made to Francisco Rodriguez and mailed to him at P.O. Box 31844, Seattle, WA 98103.

DONE this 28th day of April, 2017.

　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　United States District Judge

LAW OFFICE OF
FRANCISCO RODRIGUEZ
P.O. Box 31844 ● Seattle, WA 98103
Tel (206) 414-8894 ● Fax (206) 629-8975

Presented By:

s/ FRANCISCO RODRIGUEZ
Francisco Rodriguez, WSBA #22881
Attorney for Plaintiff
P.O. Box 31844
Seattle, WA 98103
Phone: (206) 414-8894
Fax: (206) 629-8975
Email: tr@titorodriguez.com